**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALLEN C. SANDE and LISA A. SANDE,**

    **Plaintiffs,**

-vs-                                                            Case No. 6:07-cv-1878-Orl-31GJK

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER

The Plaintiffs seek damages pursuant to 26 U.S.C. § 7433, which prohibits certain conduct by the Internal Revenue Service in connection with the collection of federal taxes. On April 9, 2008, the Court dismissed the Complaint, finding that the Plaintiffs were challenging the assessment of their taxes, rather than its collection. (Doc. 9). On April 17, 2008, the Plaintiffs filed an Amended Complaint (Doc. 18).

As the Defendant points out in its Second Motion to Dismiss (Doc. 19), the Plaintiffs are again seeking to challenge the assessment of their taxes, not the collection, as the only impropriety alleged is that the Defendant is seeking to collect a tax debt that they do not owe. The Plaintiffs repeat this erroneous line of argument in their response to the Second Motion to Dismiss, describing "the Defendant's unlawful tax collection activities against the Plaintiffs" as "filing of the Notice of Federal Tax Lien *when no taxes were owed*." (Doc. 20 at 5) (emphasis added). As the Court noted in the previous order, "Section 7433 provides a remedy solely for illegal collection activities; where the IRS follows proper procedures to collect a tax that has been improperly

assessed, a taxpayer must seek a different remedy." *Ihasz v. United States*, 997 F.Supp. 547, 551 (D.Vt. 1997).  No improper collection activities have been alleged here.  Accordingly, it is hereby

**ORDERED** that the Defendant's Second Motion to Dismiss (Doc. 19) is **GRANTED**, and the Amended Complaint (Doc. 18) is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 12, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party